# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FREDRICK J. LOVE, SR.**                                                               **PLAINTIFF**

v.                              **Case No. 4:24-cv-00253 KGB**

**PULASKI COUNTY, ARKANSAS,**
A Public Body Corporate and Politic                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that judgment is entered in favor of defendant Pulaski County, Arkansas, on plaintiff Fredrick J. Love, Sr.'s federal race discrimination, retaliation, and pay disparity claims, and the Court dismisses these claims with prejudice. The relief requested is denied. The Court declines to exercise supplemental jurisdiction over Mr. Love's claim brought pursuant to the Arkansas Whistle-Blower Act, Ark. Code Ann. § 21-1-601 *et seq.*, and dismisses this claim without prejudice.

So adjudged this 9th day of June, 2025.

                                                                     _____
                                                                     Kristine G. Baker
                                                                     Chief United States District Judge